IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cr-126-MEF |
| | ) | (WO) |
| MACUMBE PAVLOVSKI | ) | |

## **O R D E R**

On December 21, 2010, the defendant filed a Motion to Continue (Doc. #18). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

The motion states that the defendant has submitted a request to enter the Pre-trial Diversion Program to the U.S. Attorney's office. However, defendant has not yet been accepted or denied into the Pre-trial Diversion Program. Consequently, the Court concludes that a continuance of this case is warranted and that the ends of justice served by continuing

this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion to continue filed on December 21, 2010 is GRANTED.

2. That the trial of this case is continued from the January 10, 2011 trial term to the April 11, 2011 trial term in Montgomery, Alabama.

3. That the Magistrate Judge conduct a pretrial conference prior to the April 11, 2011 trial term.

DONE this the 22nd day of December, 2010.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE